UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:25-CR-112 |
| | ) | |
| DONALD EDWARD MCCOY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

A scheduling conference will be held in this matter on **Thursday, November 6, 2025, at 9:45 a.m.** Counsel may appear by telephone. To participate in the hearing telephonically, counsel should call 1-423-212-5515 and enter access code 440 499 128# at the appointed time.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge